# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **T. BARRY GRAY, Individually and** | : | **CIVIL ACTION** |
| **as Executor of Estate of THELMA GRAY** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ANGELA L. MARTINEZ,** *et al* | : | **NO. 08-2603** |
| | : | |

## ORDER

**AND NOW**, this 21st day of September, 2011, upon consideration of Defendant Wachovia Bank National Association's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and (6) (Document No. 68) and Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and (6) (Document No. 71), the plaintiff's responses, it is **ORDERED** that the motions are **GRANTED**.[1]

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

      /s/Timothy J. Savage
      TIMOTHY J. SAVAGE,  J.

---

[1] We do not consider the request for injunctive relief at this time.  The defendants may renew their request at a later time if circumstances warrant.